**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ABARCA HEALTH, LLC and PHARMACY INSURANCE CORPORATION OF AMERICA,<br><br>  Plaintiffs,<br>  v.<br><br>PHARMPIX CORPORATION; *ET AL.*,<br><br>  Defendants. | CIVIL No. 11-1218 (BJM) |

**REQUEST FOR AN EXTENSION OF TIME TO**
**COMPLY WITH DOCKET NO. 177 AS IT PERTAINS TO PLAINTIFFS' SOURCE**
**CODE DEPOSIT**

TO THE HONORABLE COURT:

COME NOW plaintiffs, Abarca Health, LLC ("Abarca") and Pharmacy Insurance Corporation of America ("PICA"), through their undersigned attorneys, and respectfully allege and pray as follows:

1.    On December 9, 2011, the Court issued the Minutes from the recent status conference, whereby the Court set forth a deadline of December 14, 2011, for Plaintiffs to deposit a copy of their software program with the Court. *See,* Docket No. 177.

2.    Abarca is in the process of preparing the source code of its copyrighted Pharmacy Agent Program for deposit with the Court, but requires additional time for some technical configuration of the same.

3.    Thus, Plaintiffs seek an extension of fourteen days from today's date, that is, until **December 28, 2011**, to comply with Docket No. 177 as it pertains to the deposit of plaintiffs' source code.

WHEREFORE, Abarca Health LLC and Pharmacy Insurance Corporation of America respectfully request that this Court grant them an extension of fourteen days, that is, until **December 28, 2011**, to deposit the source code of its copyrighted Pharmacy Agent Program.

**RESPECTFULLY SUBMITTED.**

It is certified that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

In San Juan, Puerto Rico this December 14th, 2011.

**O'NEILL & BORGES**

**O'NEILL & BORGES**
*Attorneys for Plaintiffs*
American International Plaza
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918-1813
Telephone: (787) 764-8181
Fax: (787) 753-8944

s/Carla García-Benítez
Carla García Benítez
USDC-PR No. 203708
carla.garcia@oneillborges.com

s/Ana Margarita Rodríguez-Rivera
Ana Margarita Rodríguez-Rivera
USDC-PR No. 227503
ana.rodriguez@oneillborges.com

Mauricio O. Muñiz-Luciano
USDC-PR No. 220914
mauricio.muniz@oneillborges.com

Vanessa Carballido-Clerch
USDC-PR No. 226506
Vanessa.carballido@oneillborges.com